UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEEZA RODRIGUEZ, et al.,
                    Plaintiffs,

-against-

673 J.R.V. CORP., et al.,
                    Defendants.
------------------------------------------------------------X

22 Civ. 5749 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated August 12, 2022, Plaintiff Leeza Rodriguez was directed to file a declaration, by August 18, 2022, explaining (i) why she seeks to dismiss her claim with prejudice and (ii) whether she has an agreement or understanding with any defendant to dismiss her claim with prejudice, and, if so, the nature of that agreement.

    WHEREAS, no declaration was timely filed. It is hereby

    **ORDERED** that by **August 26, 2022**, Plaintiff Rodriguez shall file the declaration pursuant to the Order dated August 12, 2022.

Dated: August 23, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE