# RAYMOND NARDO, P.C.

Attorney At Law

129 third street, mineola, ny 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email **Nardo@Raynardo.com**

August 31, 2022

**Via ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application **GRANTED**. Plaintiff Rodriguez shall file the letter *ex parte* and under seal, emailing the letter to Chambers directly.
>
> Dated: September 2, 2022
>           New York, New York
>
> **Lorna G. Schofield**
> **United States District Judge**

Re:   *Rodriguez v. 673 J.R.V. Corp., et. al.*
      22-CV-5749 (LGS)

Dear Judge Schofield:

I represent Plaintiffs in the above matter, including Plaintiff Leeza Rodriguez, who wants to discontinue her case, with prejudice. Plaintiff received an extension until September 2, 2022 to file a Declaration explaining the reasons for this application. Plaintiff requests to file this letter *ex parte* and under seal because the contents of this letter could adversely affect her.

Thank you for your consideration and cooperation.

Respectfully submitted,

RAYMOND NARDO, ESQ.

RN:rn