```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
LEEZA RODRIGUEZ, et al.,                      :
                         Plaintiffs,          :
                                              :         22 Civ. 5749 (LGS)
            -against-                         :
                                              :              ORDER
673 J.R.V. CORP., et al.,                     :
                         Defendants.          :
                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 25, 2022, required Plaintiff Rodriguez to file a declaration explaining (i) why she seeks to dismiss her claim with prejudice and (ii) whether she has an agreement or understanding with any defendant to dismiss her claim with prejudice, and, if so, the nature of that agreement by September 2, 2022;

WHEREAS, the Order dated September 2, 2022, directed Plaintiff Rodriguez to file the letter *ex parte* and under seal, emailing the letter to Chambers directly;

WHEREAS, Plaintiff Rodriguez failed to submit the letter.  It is hereby

**ORDERED** that, by **September 12, 2012**, Plaintiff Rodriguez shall file the letter *ex parte* and under seal.

Dated: September 8, 2022
       New York, New York

                                            _____
                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**