UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LEEZA RODRIGUEZ, et al.,                                    :
                                         Plaintiffs,        :
                                                            :          22 Civ. 5749 (LGS)
                      -against-                             :
                                                            :               ORDER
673 J.R.V. CORP., et al.,                                  :
                                         Defendants.  :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for September 14,

2022,

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

        ORDERED that the September 14, 2022, initial pretrial conference is **cancelled**.  If the

parties believe that a conference would nevertheless be useful, they should inform the court

immediately so the conference can be reinstated.  The case management plan and scheduling

order will issue in a separate order.  The parties' attention is particularly directed to the provisions

for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final

conference and setting of a trial date.  It is further

        ORDERED that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-

motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

        ORDERED, regarding settlement discussions, if and when the parties are ready to

proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a joint letter on ECF requesting a referral.

Dated: September 8, 2022
       New York, New York

                                                         **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**