UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                     :
LEEZA RODRIGUEZ, et al.,                   :
                          Plaintiffs,     :
                                                     :          22 Civ. 5749 (LGS)
                -against-                           :
                                                     :               <u>ORDER</u>
673 J.R.V. CORP., et al.,                        :
                                Defendants.   :
                                                     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated September 8, 2022, required the parties to file a status letter on November 7, 2022, as outlined in Individual Rule IV.A.2;

       WHEREAS, the parties failed to submit the letter. It is hereby

       **ORDERED** that, by **November 11, 2022**, the parties shall file the status letter.

Dated: November 10, 2022
        New York, New York

                                               LORNA G. SCHOFIELD
                                       **UNITED STATES DISTRICT JUDGE**