

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2023
```

Jeffrey A. Kimmel

Akerman LLP
1251 Avenue of the Americas, 37th
Floor | New York, NY 10020
D: 212-259-6435 | C: 917-837-0121

January 9, 2023

**VIA ECF**

The Honorable Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Rodriguez et al v. 673 J.R.V. Corp. et al*
      <u>Case No.  1:22-cv-05749 (LGS)</u>

Dear Judge Lehrburger:

We represent Defendants 673 J.R.V. Corp., John LaCourte, and Lucilene Martins (collectively "Defendants") in the above-captioned matter. We respectfully write on behalf of both parties to request a referral to the Southern District of New York's Mediation Program so that the parties may proceed with mediation. The parties also respectfully request that the discovery deadlines in this case be stayed pending completion of mediation.

Thank you for your consideration.

Respectfully Submitted,

*/s/ Jeffrey A. Kimmel*
Jeffrey A. Kimmel
Partner
For the Firm

cc:   Plaintiffs' attorney (via ECF)

Request granted.  The Court will issue a mediation referral order.  Discovery is stayed until completion of mediation or April 10, 2023, whichever is earlier.  The parties shall file a joint status report within 5 days of completion of mediation.

SO ORDERED:

1/9/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

akerman.com