```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEEZA RODRIGUEZ, et al,                        :
                                               :    22-CV-5749 (RWL)
                              Plaintiffs,      :
                                               :
              - against -                      :    ORDER
                                               :
673 J.R.V. CORP., et al,                       :
                                               :
                              Defendants.      :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 5, 2023, counsel for Plaintiffs filed a letter stating that Plaintiff Pichardo would be withdrawing her case (Dkt. 51), which the Court so-ordered on May 8, 2023 (Dkt. 52). The Court has not heard from the parties since then. Accordingly, by August 15, 2023, Plaintiff shall file a letter updating the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 8, 2023
       New York, New York

Copies transmitted this date to all counsel of record.