```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/4/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEEZA RODRIGUEZ, et al,                                  :
                                                         :                22-CV-5749 (RWL)
                                    Plaintiffs,          :
                                                         :
                  - against -                            :                **ORDER**
                                                         :
673 J.R.V. CORP., et al,                                 :
                                                         :
                                    Defendants.   :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 3, 2023, Plaintiff's counsel of record, Mr. Nardo, filed a letter in further support of his motion to withdraw explaining that the remaining plaintiff Ms. Corporan no longer wishes to retain his services and also no longer wishes to pursue her case. (Dkt. 60.)  Mr. Nardo states that he "cannot recommend" the case be dismissed and asks that the Court ascertain Ms. Corporan's "preference" for whether to proceed with her case. Accordingly, the Court's order at Dkt. 59 (setting a briefing schedule on Mr. Nardo's request to withdraw) is VACATED, and it is hereby further ORDERED that:

On **October 12, 2023 at 2:30 p.m.**, the Court will hold a telephone conference to address Plaintiff counsel's request to withdraw as counsel and whether or not Ms. Corporan wishes to continue with her case.  Both Ms. Corporan and Mr. Nardo shall appear.  Defense counsel's appearance is optional.

To join the telephone conference, the parties are instructed to call (888) 398-2342 and enter access code 9543348.

Mr. Nardo shall provide a copy of this order to Ms. Corporan by October 6, 2023 and file an affidavit of service by October 10, 2023.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 4, 2023
      New York, New York

Copies transmitted this date to all counsel of record.