```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LEEZA RODRIGUEZ, et al,

                            Plaintiffs,

             - against -

673 J.R.V. CORP., et al,

                           Defendants.
-------------------------------------------------------------X

22-CV-5749 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the Order issued on October 12, 2023 (Dkt. 63), Mr. Nardo's application to withdraw as counsel of record is GRANTED. As required by the Order, Mr. Nardo has filed, and the Court has reviewed, the email that he received from Plaintiff Corporan confirming her desire to no longer pursue the case (Dkt. 64).

As Ms. Corporan is the sole remaining plaintiff, and she no longer wants to pursue the case (*see* Dkt. 64), it is hereby ordered that the above-entitled action be DISMISSED without prejudice. Any pending motions are moot and shall be terminated. The Clerk of Court is respectfully directed to terminate all pending motions, vacate all remaining conference dates and other deadlines, and close this case.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: October 20, 2023
         New York, New York

Copies transmitted this date to all counsel of record.

1